UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

LAVITA MCCLAIN, AS
ADMINISTRATRIX AND
PERSONAL REPRESENTATIVE OF THE
ESTATE OF TA'NEASHA CHAPPELL,

Plaintiff

v. CASE NO.: 4:21-cv-00165-SEB-KMB

SCOTT FERGUSON, Individual Capacity,
SHERIFF RICK MEYER in his official capacity
as Jackson County Sheriff, et al.

Defendants

**PARTIES' JOINT STATUS REPORT AS ORDERED BY COURT ON AUGUST 26, 2025**

The Parties, Lavita McClain as administratrix and personal representative of the Estate of Ta'Neasha Chappell, and Sheriff Rick Meyer, et. al, the Jackson County Defendants, submit this Joint Status Report as required by the Court's October 17, 2025 Order (Doc. 240).

1. Plaintiff's counsel anticipates the motion for approval of the settlement in the Kentucky Probate Court will be filed by the end of the week.

2. Plaintiff's counsel has been working with a structured settlement company to structure a portion of the agreed settlement amount and has recently received an agreeable proposed structured settlement.

3. Defendants' counsel has provided the Plaintiff's counsel a signed copy of the settlement agreement signed by the Jackson County Commissioners.

4. The Parties believe they are on track to have the Kentucky Probate Court approve the settlement prior to the end of the year and have the settlement funded as required by the Parties' settlement agreement.

5. The Parties do not believe any additional orders are necessary at this time.

Respectfully Submitted,

/s/ Craig Sam Aguiar (w/ permission by RJL)
Craig Sam Aguiar
Sara Collins
SAM AGUIAR INJURY LAWYERS, PLLC
1900 Plantside Drive
Louisville, KY 40299
sam@kylawoffice.com
scollins@kylawoffice.com
*Counsel for Plaintiff*

/s/ R. Jeffrey Lowe
R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP
Bonterra Building, Suite 200
3620 Blackiston Blvd.
New Albany, IN 47150
jlowe@k-glaw.com
*Counsel for Defendants*